IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES LEONARD TONEY                                                              PLAINTIFF

v.                                    Civil No. 6:17-CV-06130

SHERIFF MIKE CASH, CHIEF DEPUTY                                              DEFENDANTS
RICHARD TOLLISON, JAIL
ADMINSTRATOR KEN FAIN, and AST.
ADMINISTRATOR T.J. BURNET (Hot
Springs County Jail)

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 30th day of July 2019.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE